PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

FILED
MAR -9 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE _Western_ DISTRICT OF TEXAS
_San Antonio_ DIVISION

_Ryan Simmons_
Plaintiff's Name and ID Number

_Bexar County Adult Detention Center_
Place of Confinement

CASE NO. SA22CA0246
(Clerk will assign the number) XR

v.

_Bexar County Sheriff, Javier Salazar_
Defendant's Name and Address

_B.C.S.O. Lt. Marciel_
Defendant's Name and Address

_B.C.S.O. Sgt. Mata_
Defendant's Name and Address
(DO NOT USE "ET AL.")
_B.C.S.O. Sgt. Nance_

INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

  A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

  B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: *October 22nd, 2021, August 26, 2020*
   2. Parties to previous lawsuit:
     Plaintiff(s) *Ryan Simmons*
     Defendant(s) *Bexar County Sheriff Javier Salazar, THE STATE OF TEXAS et al*
   3. Court: (If federal, name the district; if state, name the county.) *U.S.D.C. Western San Antonio*
   4. Cause number: *5:20-CV-1006-JKP, 5:24-CV-1148-FB, 5:21-CV-1108-XR*
   5. Name of judge to whom case was assigned: *Pullicam, Biery, Rodriguez*
   6. Disposition: (Was the case dismissed, appealed, still pending?) *Stayed, dismissed, dismissed*
   7. Approximate date of disposition: *Unknown*

2

II. PLACE OF PRESENT CONFINEMENT: Bexar County Adult Detention Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

★ PREA has not provided any return correspondence to complaint. No case number provided. No further steps will be taken due to sexual nature of the claim.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Ryan Simmons
B.C.A.D.C. Unit 5F, Bunk #28
200 N. Comal St. San Antonio, TX. 78207

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Bexar County Sheriff, Javier Salazar.
200 N. Comal St. San Antonio, TX. 78207 (B.C.A.D.C.)
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Authorized and ordered sexual acts be made against me & my will.

Defendant #2: Bexar County Sheriff, Lt. Macciel
200 N. Comal St. San Antonio, TX. 78207 (B.C.A.D.C.)
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Ordered me under threat of violence to expose my sexuality against my will.

Defendant #3: Bexar County Sheriff, SERT Sgt. Mata
200 N. Comal St. San Antonio, TX. 78207 (B.C.A.D.C.)
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Supervised sexual acts against my will under threat of violence.

Defendant #4: Bexar County Sheriff, Sgt. Nava
200 N. Comal St. San Antonio, TX. 78207 (B.C.A.D.C.)
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Supervised sexual acts against my will under threat of violence.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

*Please find the attached pages for full statement of claim.

Additionally, all Defendants shall be in their "Official" and "Individual" capacities

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$9 million USD. Immediate relief from this irreperable harm done to my life for past 15 months and continues.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

n/a

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

n/a

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date sanctions were imposed:_____
4. Have the sanctions been lifted or otherwise satisfied?                        ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: 01/14/2022
             /DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __14th__ day of __January__, 20 __22__.
            (Day)                  (month)         (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

January 14th, 2022

(1983 Complaint / Sexual misconduct; B.C.A.D.C.)
I, Ryan Simmons, do hereby attest under penalty of perjury that the foregoing statement is true and correct.

Sexual violation #1 — In late November, or early December, 2020, while housed in unit 6D (Six Delta) in the Bexar County Adult Detention Center, I, along with other inmates was awoken by the Bexar County Jail's SERT team who were conducting a shakedown of my unit (6D). All inmates were made to enter the shower/bathroom area and out of view of the B.C.A.D.C. Annex cameras by the commanding officer, Lt. Marciel. At that time, and at the direction of Lt. Marciel, SERTS and non-deputized Cadets ordered each inmate to strip down naked, lift our testicles, bend over, exposes our anuses and cough. I began to protest but was then threatened with violence as well as being removed from the unit and placed in lockdown for non-compliance of a direct order from a B.C.A.D.C. officer. I was then informed that this was authorized due to it being a "routine training exercise." I was also told to "bond out" if I didn't like how I was being treated. "Bond out" was and remains to this day (15 months later) to be an impossibility due to my being R.W.O.B.

This act was committed against my will and was unprovoked and without good cause. This attack against my sexuality was intended not for the safety of others inmates or staff, but meant to sexually degrade and humiliate pre-trial detainees being housed at the Bexar County Adult Detention Center.

**Sexual violation #2** - In late July, or Early August, 2021, while housed in Unit 5E, myself as well as all other inmates were awoken by the B.C.S.O. SERT team, and other ranking officers who were conducting a shakedown of unit 5E. All inmates were made to enter the bathroom/toilet area and strip down naked, expose our testicles and anuses, etc. and once again, against my will and protest. However, this violation was not believed to be conducted out of view of the units (5E) Cameras. Again, this attack on my sexuality was unprovoked, unwarranted, and without my consent. This attack was also conducted under threats of violence while under the Command of Sergeant Nava with the B.C.S.O.

**Sexual Violation #3** On November 27, 2021, while housed in the unit 5F, myself, as well as all other inmates were awoken by the B.C.S.O. SERT team who were Conducting yet another Shakedown. As with both previous instances of Sexual violations,

inmates were made to enter the shower/bathroom area to be forced out of their clothes against my will while out of view of the unit cameras. However, some inmates were made to strip naked, lift their testicles, bend over, expose their anus in direct view of the Unit Cameras. After which time, we were ordered to sit in the dayroom. Myself, and a few others have filed PREA cases for these events but due to the nature of my being detained (illegal) I have been reluctant to file this 1983. Mostly for fear of further retaliation. My initial 1983 filed on 08/26/2020 caused the B.C.S.O. Sheriff to retaliate against me, which is why I am currently incarcerated (RWOB) and have been for the past 15 months. Please find my attached cause numbers for reference and note that it is my firm belief that (JKP) has assisted the State Court (187th District Court) as well as Bexar County Sheriff, Javier Salazar in continuing to violate my Civil Rights during my never-ending search for relief. I remain in constant fear for my life, daily and pray that relief be granted immediately. This latest sexual violation was under the command of SERT Sergeant Mata of the B.C.S.O.

However, Sergeant Mata was not physically present during the entire duration of the Sexual Misconduct/Assault, but later Confided to me that this "training exercise" was authorized by B.C.S.O. Sheriff, Javier Salazar and I believe Sergeant Mata. I told Sergeant Mata that NO ONE, including Sheriff, Javier Salazar has the authority or the right to order me, under threat of violence, out of my clothes, for any reason! Especially not for a training exercise for non-deputized people off the Street! The relief I am seeking for these sexual acts Committed by force and against my will are subject to increase $ exponentially and with consideration to my continuous ongoing and illegal incarceration that is causing irreperable harm. day to day. Please find the attached Inmate Banking Account Summary to satisfy the I.t.F.P. request to proceed with this 1983 Civil Rights Action.

Thank you!

Ryan Simmons