UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN SIMMONS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAVIER SALAZAR, Bexar County Sheriff, ET AL.,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§　　SA-22-CV-00246-XR<br>§<br>§<br>§<br>§<br>§<br>§ |

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Based upon review of this Court's Order granting summary judgment in favor of Defendants Bexar County Sheriff Javier Salazar, Lieutenant Corey Maciel, SERT Sergeant F/N/U Mata, and Deputy Mark Nava, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Defendants Bexar County Sheriff Javier Salazar, Lieutenant Corey Maciel, SERT Sergeant F/N/U Mata, and Deputy Mark Nava's amended motion for summary judgment is **GRANTED** and Plaintiff Ryan Simmons's claims against said Defendants are **DISMISSED**.

**IT IS FURTHER ORDERED** that that Defendants Bexar County Sheriff Javier Salazar, Lieutenant Corey Maciel, SERT Sergeant F/N/U Mata, and Deputy Mark Nava's motion to dismiss is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**IT IS FINALLY ORDERED** that the above–entitled cause of action is hereby **CLOSED**.

It is so **ORDERED**.

**SIGNED** this November 28, 2022.

 

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE